IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case Nos. 08 CR 216 & 08 CR 217 |
| v. | ) ) | |
| JEFFREY A. FROJD and<br>KAREN McVICKERS-DeWITT, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter coming to be heard upon motion of the Defendants, now therefore, it is hereby ordered as follows:

1. That the U.S. Marshal's Office, Chicago, Illinois, take the Defendant, Jeffrey A. Frojd, to a hospital emergency room *instanter* for assessment and treatment of heroin withdrawal.

2. That the U.S. Marshal's Office, Chicago, Illinois, take the Defendant Karen McVickers-DeWitt, to a hospital emergency room *instanter* for assessment and treatment of heroin withdrawal.

ENTER ORDER:

Dated: March 14, 2008.

MARTIN C. ASHMAN
United States Magistrate Judge