**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 0 8 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES OF AMERICA    )
                            )
            v.              )    No. 08 CR 216
                            )
JEFFREY A. FROJD and        )    Violation: Title 18, United States Code
KAREN McVICKERS-DEWITT      )    Section 2113(a)
                            )

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE ASHMAN**

## COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about January 23, 2008, at Verona, in the Northern District of Illinois, Eastern Division,

JEFFREY A. FROJD and
KAREN McVICKERS-DEWITT,

defendants herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $6,335 in United States currency belonging to and in the care, custody, control, management, and possession of Benchmark Bank, 501 North Division Street, Verona, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 11, 2008, at Verona, in the Northern District of Illinois, Eastern Division,

JEFFREY A. FROJD and
KAREN McVICKERS-DEWITT,

defendants herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $7,196.50 in United States currency belonging to and in the care, custody, control, management, and possession of Benchmark Bank, 501 North Division Street, Verona, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY