Minute Order Form (rev. 4/99)

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| CASE NUMBER | 08 CR 216 | DATE | APRIL 8 2008 |
| CASE TITLE | | US v. JEFFREY A. FROJD & KAREN MCVICKERS-DEWITT | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING**

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge [signature].

JUDGE GETTLEMAN

MAGISTRATE JUDGE ASHMAN

Docket Entry:

NO BOND SET DETAINED BY MAGISTRATE IN 08 CR 216 AS TO JEFFREY A. FROJD. NO BOND SET DETAINED BY MAGISTRATE IN 08 CR 217 AS TO KAREN MCVICKERS-DEWITT.

FILED
APR 0 8 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices / Date docketed / Docketing dpty. initials / Date mailed notice / Mailing dpty. initials

DOCKET #